BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
4004 BELT LINE ROAD  SUITE 100
ADDISON, TX 75001
(972) 341-0500

BDFTE#  00000009208448

Attorney for WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-66679-PMB |
| | § | |
| KAREN RENEE PARKER, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I, | § | |
|    Movant | § | CONTESTED MATTER |
| | § | |
| v. | § | |
| | § | |
| KAREN RENEE PARKER; MELISSA J. DAVEY, Trustee | § | |
|    Respondents | § | |

**MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I FOR RELIEF FROM STAY OF ACTION AGAINST DEBTOR PURSUANT TO 11 U.S.C. § 362(a) AND WAIVER OF THIRTY DAY REQUIREMENT PURSUANT TO § 362(e)**

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I, Movant, by and through the undersigned attorney, and moves the Court as follows:

    1.    This Motion is brought pursuant to 11 U.S.C. §362(d) in accordance with Rule 4001 of the Bankruptcy Rules.

2. On or about October 02, 2018, KAREN RENEE PARKER (hereinafter "Debtor") filed a petition for an order of relief under Chapter 13 of the Bankruptcy Code.

3. At the time of filing the Chapter 13 petition, Movant held a Note executed on October 12, 2011, by KAREN PARKER in the original amount of EIGHTY-NINE THOUSAND SIX HUNDRED SIXTY-SEVEN DOLLARS AND ZERO CENTS ($89,667.00) with interest thereon at the rate of 4.375% per annum. A true and correct copy of the Note is attached hereto as Exhibit "A".

4. The indebtedness is secured by a Security Deed dated October 12, 2011 and executed by KAREN PARKER on real estate with all improvements known as:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 27, 16TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 44, UNIT THREE THE MEADOWS SUBDIVISION, AS PER PLAT RECORDED AT PLAT BOOK 99, PAGES 34 AND 35, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART HEREOF.

MORE COMMONLY KNOWN AS: 5169 CLEARSTREAM COURT, STONE MOUNTAIN, GA 30088.

A true and correct copy of the Security Deed is attached hereto as Exhibit "B". There is no other collateral securing the debt.

5. Carrington Mortgage Services, LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the promissory note. Movant will enforce the promissory note as transferee in possession. Movant is the original mortgagee or beneficiary or the assignee of the Security Deed.

6. Debtor failed to maintain current the post-petition payments due under the Note and as of May 01, 2021, Debtor is in arrears for:

> 3 payment(s) which represents payment(s) for March 01, 2021 through May 01, 2021 ($813.02 each) totaling $3,252.08
>
> Less debtor suspense funds of $729.50 for total post petition arrears of $1,709.56

7. The outstanding indebtedness to Movant is $72,854.85 principal plus accrued interest, late charges, attorneys fees and costs as provided in the Note and Security Deed. According to the Debtor's Schedules, the value of the property is $145,500.00. There is equity in the Property.

8. In accordance with the terms of the Note and Security Deed, Movant would allege that it is entitled to reasonable post-petition attorneys fees, including, but not limited to, fees, if any, for the preparation and filing of a proof of claim and fees and costs for the filing of this Motion for Relief from Stay.

9. Debtor has failed to provide adequate protection to Movant which constitutes cause to terminate the automatic stay of 11 U.S.C. §362(e).

10. By reason of the foregoing, Movant requests the Court to terminate the stay so Movant may proceed to foreclose in accordance with its Note and Security Deed.

11. Movant reserves the right to assert an 11 U.S.C. § 362(d)(2) Cause of Action, if appropriate, at the hearing on Movant's Motion for Relief.

WHEREFORE, Movant prays that this Court enter an Order, after notice and hearing, terminating the automatic stay as to Movant and waives right to hearing within thirty (30) days as provided by 11 U.S.C. 362(e); alternatively Movant may be made whole by having all post

petition payments, fees and costs brought current. Movant further prays that upon termination of the automatic stay, the pre-petition arrears shall no longer be funded under the Chapter 13 Plan, the post petition payments shall no longer be required & 11 U.S.C. § 1322 (b)(5) shall no longer be applicable, therefore Movant and Trustee shall no longer be subject to the subsequent notice requirements of Federal Rule of Bankruptcy Procedure 3002.1 with regard to the above-described property and that the Court waive the provision of Rule 4001(a)(3) and that Movant be permitted to immediately enforce and implement any order granting relief from the automatic stay; that Movant be awarded its reasonable post-petition attorneys fees and expenses for this Motion; and, that Movant be granted such other and further relief as is just.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ BRANDI R. LESESNE                    04/30/2021
BRANDI R. LESESNE
GA NO. 141970
4004 BELT LINE ROAD SUITE 100
ADDISON , TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 661-7725
E-mail: GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2021, true and correct copy of the foregoing Notice of Hearing and Motion for Relief from Stay as to Debtor was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ BRANDI R. LESESNE                           04/30/2021

BRANDI R. LESESNE
GA NO. 141970
4004 BELT LINE ROAD  SUITE 100
ADDISON , TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 661-7725
E-mail:  GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

**DEBTOR:**
KAREN RENEE PARKER
5169 CLEARSTREAM CORUT
STONE MOUNTAIN, GA 30088

KAREN RENEE PARKER
5169 CLEARSTREAM COURT
STONE MOUNTAIN, GA 30088

**TRUSTEE:**
MELISSA J. DAVEY
260 PEACHTREE STREET, NW
SUITE 200
ATLANTA, GA  30303

**DEBTOR'S ATTORNEY:**
KAREN KING
215 PRYOR STREET S.W.
ATLANTA, GA  30303

**PARTIES IN INTEREST:**
DEKALB COUNTY TAX COMMISSIONER
4380 MEMORIAL DRIVE, STE 100
DECATUR, GA 30032

THE MEADOWS HOMEOWNERS ASSOCIATION, INC.
HERITAGE PROPERTY MANAGEMENT SVCS.
500 SUGAR MILL ROAD, BLDG B
ATLANTA, GA 30350

WELLS FARGO HOME MORTGAGE
PO BOX 10335
DES MOINES, IA 50306

INTERNAL REVENUE SERVICE
POST OFFICE BOX 7346
PHILADELPHIA, PA 19101-7346

**PARTIES REQUESTING NOTICE:**
None