

**IT IS ORDERED as set forth below:**

**Date: July 30, 2021**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-66679-PMB |
| | § | |
| KAREN RENEE PARKER, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| WILMINGTON SAVINGS FUND | § | |
| SOCIETY, FSB, AS TRUSTEE | § | |
| OF STANWICH MORTGAGE LOAN | § | |
| TRUST I, | § | |
|    Movant | § | CONTESTED MATTER |
| | § | |
| v. | § | |
| | § | |
| KAREN RENEE PARKER; | § | |
| MELISSA J. DAVEY, Trustee | § | |
|    Respondents | § | |

**AGREED ORDER CONDITIONING AUTOMATIC STAY AS TO DEBTOR**

Came on for consideration the *Motion for Relief from Stay of Action Against Debtor Pursuant to 11 U.S.C. § 362(a) and Waiver of 30-day Requirement Pursuant to § 362(e)* filed April 30, 2021 (Docket No. 39), originally set for hearing on May 27, 2021 and reset to June 17, 2021, filed by WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH

MORTGAGE LOAN TRUST I, (hereinafter "MOVANT"), a secured creditor in the above entitled and numbered cause. The parties hereby stipulate and agree that:

1. **Automatic Stay:** The Automatic Stay provided by 11 U.S.C. § 362 shall remain in effect, except as provided below.

2. **Current Monthly Payments:** Debtor shall continue to remit to the Movant the regular post-petition monthly payments beginning July 1, 2021, and continue said payments thereafter pursuant to that certain Note and Security Deed dated October 12, 2011.

3. **Additional Payments**: In addition to the payments set forth above, Debtor shall cure post-petition arrearage and pay attorney's fees and cost. The fees and cost in the amount of $1,038.00 shall be included in a supplemental claim to be filed pursuant to Bankruptcy Rule 3002.1. Debtor shall cure post-petition payments for the months of March 1, 2021 through June 1, 2021 detailed as follows:

| | | |
|---|---|---|
| Monthly Payment Amount | $758.48 X 1 | $758.48 |
| Monthly Payment Amount | $813.02 X 3 | $2,439.06 |
| Attorney's Fees & Costs | | $0.00 |
| Other Fees & Costs | | $0.00 |
| Amount Due | | $3,197.54 |
| Payment Received | | $0.00 |
| Payment to be Received by 06/22/2021 | | $1,500.00 |
| Debtor Suspense | | $729.50 |
| Total Balance Due Less Payment Received | | $968.04 |

The total amount due shall be paid directly to Movant in 6 payments beginning July 15, 2021 as indicated below:

Payments shall be remitted to the following address:
CARRINGTON MORTGAGE SERVICES, LLC
P.O. BOX 3730
ANAHEIM, CA  92806
Attention: Bankruptcy Department

1.    $161.34     07/15/2021

AOCS.doc-76/AO-AOCS,Y/Northern/Atlanta/00000009208448                              Page 2

|   |          |            |
|---|----------|------------|
| 2.| $161.34  | 08/15/2021 |
| 3.| $161.34  | 09/15/2021 |
| 4.| $161.34  | 10/15/2021 |
| 5.| $161.34  | 11/15/2021 |
| 6.| $161.34  | 12/15/2021 |

**There is no grace period on additional installment payments due under this Agreed Order.**

Payments received after the due date are subject to the default provisions contained in the Default Paragraph of this Agreed Order.

4. **Discharge:** Notwithstanding any provisions hereof, the Automatic Stay of 11 U.S.C. §362 shall terminate, if not sooner terminated, upon entry of the Order of Discharge.

5. **Conversion to Chapter 7**: The payment terms of this Agreed Order shall not survive upon conversion to a case under Chapter 7 of the Code. In the event of conversion, Movant shall not be bound by the payment schedule of this Agreed Order. Upon conversion of this case to a Chapter 7 case, all pre-petition and post petition delinquent payments, fees, and charges due under the Note and Security Deed shall become immediately payable to Movant.

6. **Effect of Non-sufficient Funds**: Tendering of a check to Movant by Debtor which is subsequently returned due to non-sufficient funds in the account upon which the check is drawn or due to any other reason shall not constitute a payment as required by the terms of this order and is an event of default.

The Court, having considered said Motion and the agreement of Counsel, is of the opinion that the following Agreed Order should be entered. It is therefore, **ORDERED, ADJUDGED, AND DECREED** that:

**Default**: At anytime 18 months after entry of this Order, should the Movant fail to receive any payments by the dates set forth in the Current Monthly Payments Paragraph or the Additional

Payments Paragraph, or in the event Debtor converts to Chapter 7 as set forth in the Conversion to Chapter 7 Paragraph, Movant shall send written notice to Debtor, Counsel for Debtor, and Trustee at the address set forth on the Distribution List attached to this Order and allow Debtor a 10-day period from the date of such written notice to cure such delinquent payments. Cure payments must be made by certified funds only. In the event Debtor fails to cure such delinquent payments within such 10-day period or in the event Debtor becomes delinquent after **two (2)** notices of default, Movant agrees to provide the Chapter 13 Trustee with twenty (20) days' notice of the Debtor's failure to cure said default. During said twenty (20) day period the Trustee may file a motion to convert the case to a Chapter 7. If a motion to convert is not filed within the aforementioned twenty (20) day period, Movant may obtain an order modifying the Automatic Stay of 11 U.S.C. 362 after submitting a Delinquency Motion pursuant to the Delinquency Motion Paragraph and Movant shall be allowed to take any and all steps necessary to exercise any and all rights it may have in the property described as follows:

> ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 27, 16TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 44, UNIT THREE THE MEADOWS SUBDIVISION, AS PER PLAT RECORDED AT PLAT BOOK 99, PAGES 34 AND 35, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART HEREOF.
>
> MORE COMMONLY KNOWN AS: 5169 CLEARSTREAM COURT, STONE MOUNTAIN, GA 30088.

**Delinquency Motion**:   If Debtor fails to cure the delinquency pursuant to the Default Paragraph, Movant may present to the Court, after service on Debtor and Debtor's Counsel, a motion containing specific allegations of the delinquency, a copy of the Delinquency Notice sent pursuant to the Default Paragraph, and a proposed order. The Motion may be accompanied by an

affidavit from the Movant alleging the default. Upon presentation to the Court, the Court may enter an order modifying the stay without hearing.

**Foreclosure Sale Proceeds**:   Upon completion of any foreclosure sale, any funds in excess of Movant's claim under the Note and Security Deed, and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law, shall be remitted to the Trustee for the benefit of the estate.

It is further Ordered that upon termination of the automatic stay, the trustee shall cease funding any claim filed by Movant.

END OF DOCUMENT

APPROVED AS TO FORM AND SUBSTANCE:

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


| BY: | /s/ BRANDI R. LESESNE | /s/ Jamel Q. Harvey w/express permission |
|---|---|---|
| | BRANDI R. LESESNE | JAMEL Q. HARVEY, GA NO. 128833 |
| | GA NO. 141970 | 215 PRYOR STREET S.W. |
| | 4004 BELT LINE ROAD SUITE 100 | ATLANTA, GA  30303 |
| | ADDISON, TX 75001 | |
| | Telephone: (972) 341-0500 | ATTORNEY FOR DEBTOR |
| | Facsimile: (972) 661-7725 | |
| | E-mail: GA.ND.ECF@BDFGROUP.COM | |
| | ATTORNEY FOR MOVANT | |

"No Opposition"
/s/ Delaycee S. Rowland w/express permission
DELAYCEE S. ROWLAND
STAFF ATTORNEY
MELISSA J. DAVEY
260 PEACHTREE STREET, NW
SUITE 200
ATLANTA, GA 30303
CHAPTER 13 TRUSTEE

## **DISTRIBUTION LIST**

**DEBTOR:**
KAREN RENEE PARKER
5169 CLEARSTREAM CORUT
STONE MOUNTAIN, GA 30088

KAREN RENEE PARKER
5169 CLEARSTREAM COURT
STONE MOUNTAIN, GA 30088

**TRUSTEE:**
MELISSA J. DAVEY
260 PEACHTREE STREET, NW
SUITE 200
ATLANTA, GA 30303

**DEBTOR'S ATTORNEY:**
KAREN KING
215 PRYOR STREET S.W.
ATLANTA, GA 30303

**PARTIES IN INTEREST:**
DEKALB COUNTY TAX COMMISSIONER
4380 MEMORIAL DRIVE, STE 100
DECATUR, GA 30032

THE MEADOWS HOMEOWNERS ASSOCIATION, INC.
HERITAGE PROPERTY MANAGEMENT SVCS.
500 SUGAR MILL ROAD, BLDG B
ATLANTA, GA 30350

WELLS FARGO HOME MORTGAGE
PO BOX 10335
DES MOINES, IA 50306

INTERNAL REVENUE SERVICE
POST OFFICE BOX 7346
PHILADELPHIA, PA 19101-7346

**PARTIES REQUESTING NOTICE:**
None